## Pennsylvania Power & Light Company, Appellant, *v.* Vogler.

Argued December 12, 1972. *Edward H. Feege,* with him *Fackenthal, Teel & Stettz,* for appellant; *Raymond J. DeRaymond,* with him *Coffin, DeRaymond and Shipman,* for appellees.

Judgment affirmed.

WRIGHT, P. J., dissents.

## Predi *v.* Predi, Appellant.

Argued December 11, 1972. *G. Clinton Fogwell, Jr.,* with him *Reilly and Fogwell,* for appellant; *Thomas G. Gavin,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.